**IT IS ORDERED as set forth below:**

**Date: August 8, 2022**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-55595-JWC |
| WYLLESHA CURRY, | CHAPTER 7 |
| Debtor. | |

## ORDER DENYING DEBTOR'S APPLICATION
## FOR WAIVER OF THE CHAPTER 7 FILING FEE

On July 22, 2022, Debtor filed for relief under chapter 7 of the Bankruptcy Code. That same day, Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. No. 3). On July 29, 2022, the Court ordered Debtor to supplement the Application by filing all pay advices. (Doc. No. 12). The Order stated that noncompliance may result in denial of the Application. As of the date of this Order, Debtor has not complied with the Court's order and has not requested any additional time to comply. Debtor's failure to supplement the Application

violates a specific order of this Court and prevents the Court from evaluating the Application. Accordingly, it is

**ORDERED** that the Application is *denied*; however, to allow Debtor an opportunity to pay the filing fee, it is further **ORDERED** that Debtor shall either (1) pay the Chapter 7 filing fee in full within ten (10) days of the date of the entry of this Order, or (2) begin making installment payments as follows:

$ 85.00 on or before 10 days from the date of the entry of this Order.
$ 126.00 on or before 30 days from the date of the entry of this Order.
$ 127.00 on or before 60 days from the date of the entry of this Order.

**ALL PAYMENTS MUST BE MADE BY MONEY ORDER, CASHIER'S CHECK, ATTORNEY'S CHECK, OR TRUSTEE'S CHECK, PAYABLE TO "CLERK, UNITED STATES BANKRUPTCY COURT." \*\***

**Payments may also be made online at: https://www.ganb.uscourts.gov/online−payments**

If Debtor fails to timely pay the filing fee as set forth above, this case may be dismissed without opportunity for hearing.

The Clerk is directed to serve a copy of this Order upon Debtor, the Chapter 7 Trustee, and the U.S. Trustee.

**\*\* Mailing Address**
United States Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**END OF DOCUMENT**