**AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NAME OF DEBTOR: Wyllesha Curry

CASE NO. 22-55595

ADDRESS: 3754 Redrose Ct

CITY, STATE, ZIP: Loganville, GA 30052

TELEPHONE NO. 617-3667776

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER: YES ☐  NO ☒

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
AUG -8 2022
M. Regina Thomas, Clerk
By: _____ Deputy Clerk

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____           _____
CITY, STATE, ZIP CODE            TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER: YES ☐  NO ☒  IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER: YES ☐  NO ☒

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
_____

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the 3 day of August, 2022

_____            _____
NOTARY PUBLIC                          DEPUTY CLERK

[Notary stamp: Ravi Patel, NOTARY PUBLIC, Gwinnett County, GEORGIA, My Commission Expires 01/17/2026]

F61 (psafd004/04)

Whilesha Curry
3754 Red Rose Ct
Loganville, GA 30052

CLEARED DATE

AUG 08 2022

U.S. Marshal Service
Atlanta, GA 30303

United States Bankruptcy Court
Room 1340 (Clerk's Office)
75 Ted Turner Drive, SW
Atlanta, GA 30303