**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In    Debtor(s)
Re:   **Wyllesha Curry**
     3754 Red Rose Ct
     Loganville, GA 30052

     **xxx–xx–3326**

Case No.: **22–55595–jwc**
Chapter:  **7**
Judge:  **Jeffery W. Cavender**

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

    **10/26/22** at **02:30 PM**
    **Meeting will be telephonic. To attend, Dial: 866–909–7148 and enter: 4958999, when prompted for participation code.**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors , the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated:  October 18, 2022

_____

M. Regina Thomas
Clerk of Court

Form 424