UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| WYLLESHA CURRY, | : | CASE NO. 22-55595 - JWC |
| | : | |
| DEBTOR. | : | |

**UNITED STATES TRUSTEE'S MOTION FOR EXTENSION OF TIME
TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707
AND AN OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727**

Mary Ida Townson, United States Trustee for Region 21 (the "United States Trustee"), pursuant to Rules 1017(e) and 4004(b) of the Federal Rules of Bankruptcy Procedure, moves the Court to enter an order extending the deadlines for filing a motion to dismiss pursuant to section 707 of the Bankruptcy Code and a complaint objecting to Debtor's discharge pursuant to section 727 of the Bankruptcy Code. In support thereof, the United States shows the Court as follows:

1. Wyllesha Curry (the "Debtor") filed a voluntary petition under chapter 7 of the Bankruptcy Code on July 22, 2022.

2. Debtor is an individual, and her petition indicates her debts are primarily consumer.

3. On July 26, 2022, the Clerk of Court issued the notice of meeting of creditors informing Debtor and all parties in interest that the Bankruptcy Code section 341 meeting of creditors would be held on August 30, 2022.

4. On August 30, 2022, the chapter 7 trustee reset the meeting of creditors to September 20, 2022, due to Debtor's failure to appear.

5. On September 20, 2022, the chapter 7 trustee reset the meeting of creditors to October 12, 2022, due to Debtor's failure to appear.

6.      On October 12, 2022, the chapter 7 trustee reset the meeting of creditors to October 26, 2022, due to Debtor's failure to appear.

7.      On October 26, 2022, the chapter 7 trustee reset the meeting of creditors to November 22, 2022, due to Debtor's failure to appear

8.      To date, the chapter 7 trustee has been unable to conduct Debtor's meeting of creditors.

9.      Prior to the meeting of creditors, the United States Trustee requested the chapter 7 trustee inquire about Debtor's ownership of real property located at 3754 Red Rose Court, Loganville, GA 30052.

10.      To date, because the Debtor has not appeared for a meeting of creditors, the United States Trustee has not received a response to her inquiry.

11.      The United States Trustee requests the deadlines for filing a motion under section 707 and a complaint under section 727 be extended so that the United States Trustee can complete her review of this case. The United States Trustee further requests that in the event this case is converted to chapter 13 and later reconverted to chapter 7, the Court extend the deadline for filing a motion to dismiss pursuant to section 707(b) to a date that is 90 days after entry of the order reconverting the case to chapter 7.

WHEREFORE, the United States Trustee respectfully requests the Court to enter an order extending the deadlines for the United States Trustee to file a motion under section 707 and a complaint under section 727 through and including January 30, 2023.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By:_____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
*Office of the United States Trustee*
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion for Extension of Time to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707 and an Objection to Discharge Pursuant to 11 U.S.C. § 727* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

S. Gregory Hays   ghays@haysconsulting.net, saskue@haysconsulting.net, GA32@ecfcbis.com

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Wyllesha Curry
3754 Red Rose Ct
Loganville, GA 30052

_____/s/_____
Lindsay P. S. Kolba
Trial Attorney