# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Wyllesha Chez Curry**　　　　　　　　　　　　　　　　　　　　　Case No.  **22-55595**
　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter  **13**

# MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1.　　On  **July 23, 2022**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2.　　This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date  **November 16, 2022**　　　　　　　　　Signature  **/s/ Wyllesha C. Curry**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Wyllesha Chez Curry**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Attorney  **/s/ Charon Ballard**
　　　　　　**Charon Ballard**

**The Ballard Law Group**
**3664 Club Drive**
**Suite 203 A**
**Lawrenceville, GA 30044**
**(404) 220-9906**
**Fax: (404) 220-9907**
**cballard@blglawgroup.com**

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re: **Wyllesha Chez Curry**, Debtor(s)

Case No. **22-55595-JWC**
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 16, 2022,** a copy of **Motion to Convert Case From Chapter 7 to Chapter 13** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Wyllesha C. Curry
3754 Red Rose Ct.
Loganville, GA 30052

Trustee:
S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30303

Michael J. Barger
Roundtree Leitman Kelin & Geer LLC
Century Plaza I
2987 Clairmont Road
Suite 350
Atlanta, GA 30329

U.S. Trustee
Ofice of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Lindsay P.S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive SW
Atlanta, GA 30303

All as shown on attached Mailing Matrix

/s/ Charon Ballard
Charon Ballard
The Ballard Law Group
3664 Club Drive
Suite 203 A
Lawrenceville, GA 30044
(404) 220-9906 Fax:(404) 220-9907
cballard@blglawgroup.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 22-55595-jwc<br>Northern District of Georgia<br>Atlanta<br>Wed Nov 16 15:40:43 EST 2022 | ADS/Comenity/Ulta<br>Columbus OH 43218 | ADS/Comenity/Victoria<br>Columbus OH 43218 |
| Bank of America<br>PO Box 982238<br>El Paso TX 79998-2238 | Bank of America<br>c/o Hayt Hayt & Landau PL<br>8425 Dunwoody Place, Suite 1<br>Atlanta GA 30350-3367 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 |
| Michael J. Bargar<br>Rountree Leitman Klein & Geer LLC<br>Century Plaza I<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329-4435 | Bryant University<br>Williams & Fudge, Inc.<br>PO Box 11590<br>Rock Hill, SC 29731-1590 | Capital One<br>PO Box 31293<br>Salt Lake City UT 84131-0293 |
| Wyllesha Curry<br>3754 Red Rose Ct<br>Loganville, GA 30052-2703 | Department of Education/Nelnet<br>PO Box 82561<br>Lincoln NE 68501-2561 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 |
| Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | Midland Credit Management<br>320 E Big Beaver RD STE 300<br>Troy, MI 48083-1271 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| SYNCB/ Lowes<br>Po Box 965005<br>Orlando FL 32896-5005 | Sallie Mae Inc.<br>PO Box 3229<br>Wilmington DE 19804-0229 | US Department of Education c/o Nelnet<br>121 South 13th Street<br>Lincoln, NE 68508-1904 |
| Wells Fargo Auto<br>PO Box 71095<br>Charlotte NC 28272-1095 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)IC Systems Inc | (u)Medical Diagnostic Labs LLC | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     2<br>Total                  20 |