**IT IS ORDERED as set forth below:**

**Date: December 2, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE: | CASE NO. 22-55595-JWC |
|---|---|
| WYLLESHA CURRY, | CHAPTER 7 |
| Debtor. | |

## ORDER

Upon consideration of the Motion to Convert a Case Under Chapter 7 to a Case Under Chapter 13 filed by Debtor on November 16, 2022 (Doc. No. 39), it is hereby ORDERED that the motion is GRANTED and this case is hereby converted to a case under Chapter 13.

The Clerk of Court is directed to serve a copy of this Order upon the Debtor, the Chapter 7 Trustee, the United States Trustee, and all parties on the mailing matrix.

**END OF DOCUMENT**