IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>Wyllesha Curry aka Wyllesha Chez Curry,<br><br>       Debtor. | CASE NO. 22-55595-JWC<br><br>CHAPTER: 13<br><br>JUDGE: Jeffery W. Cavender |
| Broker Solutions Inc. dba New American Funding,<br><br>       Movant,<br>v.<br><br>Wyllesha Curry aka Wyllesha Chez Curry, Debtor<br>Nancy J. Whaley, Trustee,<br><br>       Respondents. | CONTESTED MATTER |

<u>OBJECTION BY CREDITOR TO CONFIRMATION OF PLAN</u>

**COMES NOW,** Broker Solutions Inc. dba New American Funding, ("Movant"), by and through its undersigned legal counsel, and files this written Objection to Confirmation of Debtor's Proposed Chapter 13 Plan, pursuant to Bankruptcy Rule 3015(f), and as grounds therefor states:

1. Movant is a creditor holding a secured claim against the Debtor's property described as 3754 Red Rose Court, Loganville, GA 30052 ("Property"). Debtor is obligated on the underlying loan.

2. Movant has filed a pre-petition claim in the amount of $151,357.49 with arrears totaling $2,520.58.

3. Debtor's plan provides for $0.00 in arrears, which is significantly less than the arrears of $2,520.58.

4. As a result, the Chapter 13 Plan does not comply with 11 U.S.C 1325 and 11 U.S.C 1322 as the Plan fails to adequately provide for the arrearage and is not accepted by Movant.

**WHEREFORE**, Creditor respectfully requests that this Honorable Court decline Confirmation of any Plan which does not adequately address Movant's claim as set forth herein.

**DATED** this 20th day of February 2023.

                Respectfully submitted:

                /s/ Janica Drayton
                JANICA DRAYTON, ESQ.
                Georgia Bar # 612147
                PADGETT LAW GROUP
                3490 Piedmont Road, NE
                Suite 1060
                Atlanta, GA  30305
                (850) 422-2520 (telephone)
                (850) 422-2567 (facsimile)
                janica.drayton@padgettlawgroup.com
                *Attorney for Creditor*

## CERTIFICATE OF SERVICE

        I, the undersigned, an attorney with Padgett Law Group, certify that I am, and at all times hereinafter mentioned was more than 18 years of age; and

        That on the 20th day of February 2023, I served a copy of the within *Objection to Confirmation,* filed herein, by first class U.S. Mail with adequate prepaid postage, or electronically via the Bankruptcy Court's Electronic Case Filing Program, to said respondents in this bankruptcy matter as follows:

**By First Class U.S. Mail**
*Debtor*
Wyllesha Curry
3754 Red Rose Ct
Loganville, GA 30052

**By Electronic Mail**
*Attorney for Debtor*
Cha'Ron A. Ballard
The Ballard Law Group, P.C.
Suite 203 A
3664 Club Drive
Lawrenceville, GA 30044
theballardlawgroup@gmail.com

*Trustee*
Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
ecf@njwtrustee.com

        /s/ Janica Drayton
        JANICA DRAYTON, ESQ.
        Georgia Bar # 612147
        PADGETT LAW GROUP
        3490 Piedmont Road, NE
        Suite 1060
        Atlanta, GA  30305
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        janica.drayton@padgettlawgroup.com
        *Attorney for Creditor*