| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|--|
| YCV | 001396 | 004 | | 0000490092 | 1 |

# Earnings Statement

**ADP**

EDELSTEIN  & COMPANY  LLP
160 FEDERAL  ST  9TH FLOOR
BOSTON,  MA  02110
COMPANY  PH #:617  227  6161

| | |
|--|--|
| Period Beginning: | 11/26/2022 |
| Period Ending: | 12/09/2022 |
| Pay Date: | 12/09/2022 |

**WYLLESHA  CURRY
3754  RED  ROSE  COURT
LOGANVILLE  GA  30052**

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 3,961.54 | 80.00 | 3,961.54 | |
| **Gross Pay** | | | **$3,961.54** | 7,923.08 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -440.03 | -880.06 |
| | Social Security Tax | -239.45 | -478.90 |
| | Medicare Tax | -56.00 | -112.00 |
| | GA State Income Tax | -188.49 | -376.98 |
| | **Other** | | |
| | Dental 125 | -63.46* | -126.92 |
| | Hsa Pre Tax | -10.00* | -20.00 |
| | Pretax Health | -24.48* | -48.96 |
| | Vision | -1.46* | -2.92 |
| | **Net Pay** | **$2,938.17** | |
| | Savings | -2,938.17 | |
| | **Net Check** | **$0.00** | |

**Important  Notes**

617 227 6161

BASIS  OF PAY: SALARY

**Additional  Tax Withholding  Information**

Taxable  Marital  Status:
  GA:              Single
Exemptions/Allowances:
  GA:              1 Plus  1 Dependents(Head    of Household)

---

\* **Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period
are $3,862.14

© 2000  ADP,  Inc

EDELSTEIN  & COMPANY  LLP
160 FEDERAL  ST  9TH FLOOR
BOSTON    MA  02110
COMPANY  PH #:617  227  6161

| | |
|--|--|
| **Advice  number:** | **00000490092** |
| Pay date: | 12/09/2022 |

Deposited  to the account  of
WYLLESHA   CURRY

| account  number | transit  ABA | amount |
|-----------------|--------------|--------|
| xxxxxx7012 | xxxx  xxxx | $2,938.17 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|-----|------|-------|-------|-------|---|
| YCV | 001396 | 004 | | 0000510110 | 2 |

# Earnings Statement

EDELSTEIN  & COMPANY  LLP
160 FEDERAL  ST  9TH FLOOR
BOSTON,  MA  02110
COMPANY   PH #:617  227  6161

Period Beginning:      12/10/2022
Period Ending:         12/23/2022
Pay Date:              12/23/2022

**WYLLESHA  CURRY**
**3754  RED  ROSE  COURT**
**LOGANVILLE  GA  30052**

Filing Status: Head  of household
Exemptions/Allowances:
    Federal: Standard  Withholding  Table

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 3,961.54 | 80.00 | 3,961.54 | |
| Gross Pay | | | $3,961.54 | 11,884.62 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Totl Hrs Worked | 80.00 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -440.03 | -1,320.09 |
| | Social Security Tax | -239.45 | -718.35 |
| | Medicare Tax | -56.00 | -168.00 |
| | GA State Income Tax | -188.49 | -565.47 |
| | **Other** | | |
| | Dental 125 | -63.46* | -190.38 |
| | Hsa Pre Tax | -10.00* | -30.00 |
| | Pretax Health | -24.48* | -73.44 |
| | Vision | -1.46* | -4.38 |
| | **Net Pay** | **$2,938.17** | |
| | Savings | -2,938.17 | |
| | **Net Check** | **$0.00** | |

**Important  Notes**
617  227  6161

BASIS  OF PAY: SALARY

**Additional  Tax  Withholding  Information**
Taxable  Marital  Status:
    GA:               Single
Exemptions/Allowances:
    GA:               1 Plus  1 Dependents(Head   of Household)

* Excluded  from  federal  taxable  wages

Your  federal  taxable  wages  this  period
are  $3,862.14

© 2000 ADP,  Inc.

EDELSTEIN  & COMPANY  LLP
160 FEDERAL  ST  9TH FLOOR
BOSTON   MA  02110
COMPANY  PH #:617  227  6161

**Advice  number:**        **00000510110**
Pay  date:                 12/23/2022

Deposited  to  the  account  of
WYLLESHA  CURRY

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxx7012 | xxxx  xxxx | $2,938.17 |



**NON-NEGOTIABLE**