UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| WYLLESHA CURRY | { | CHAPTER 13 |
| | { | CASE NO.: A22-55595-JWC |
| DEBTOR. | { | |
| | { | |

**MOTION TO RECONSIDER ORDER OF DISMISSAL**

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee in the above-referenced matter, and files this Motion to Reconsider Order of Dismissal pursuant to B.L.R. 9023-1.

1.

The Debtor filed for relief under Chapter 7 of Title 11 on July 22, 2022. During the Chapter 7 proceedings, it was determined that the Debtor has an ownership interest in real property located at 3754 Red Rose Court, Loganville, GA 30052.

2.

On October 31, 2022, the Chapter 7 Trustee filed his Report of Chapter 7 Trustee of Assets and Request to Set Claim Deadline (Doc. No. 32). A Notice Setting Deadline to File Proofs of Claim was entered the same day. On November 1, 2022, an Application to Employ Special Counsel (Doc. No. 34) was filed to assist with potential liquidation of assets of the estate. The Chapter 7 Trustee asserts an approximate value of the Debtor's property of $320,000.00 and unexempt equity in this property of more than $100,000.00.

3.

The Debtor filed a Motion to Convert Case from Chapter 7 to Chapter 13 pursuant to the provisions of 11 U.S.C. §706 (Doc. No. 39) on November 16, 2022. The Order granting the Motion was entered December 2, 2022. (Doc. No. 49)

4.

The Chapter 13 Meeting of Creditors was held and concluded on January 9, 2023. Prior to the initial hearing for Confirmation of the Plan, the Debtor filed a Voluntary Dismissal Under Section 1307(b) (Doc. No. 65) on Friday, February 24, 2023. Without hearing, an Order granting the dismissal (Doc. No. 66) was entered on February 27, 2023.

5.

Pursuant to the provisions of 11 U.S.C. §1307(b), a case that was previously converted pursuant to 11 U.S.C. §706 is excepted from the Debtor's ability to voluntarily dismiss her bankruptcy case. Due to this exception, the Order granting the Debtor's dismissal (Doc. No. 66) was entered in error and should be reconsidered and vacated.

6.

In its reconsideration, the Trustee further requests that the Court enter an order reconverting this case to one under Chapter 7 pursuant to 11 U.S.C. 1307 (c). Due to the actions already taken by the Chapter 7 Trustee and the anticipated equity in the Debtor's property, it is in the best interest of creditors and the estate for the case to return to Chapter 7.

WHEREFORE the Trustee prays:

(a) that the Order of Dismissal dated February 27, 2023 be reconsidered and vacated; and
(b) the case be reconverted to one under Chapter 7; and
(c) that this Honorable Court grants such other and further relief as it may deem just and proper.

Respectfully submitted,

/s/_____
Julie M. Anania,
Attorney for Nancy J. Whaley, Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303
janania@njwtrustee.com

## CERTIFICATE OF SERVICE

Case No: A22-55595-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Motion to Reconsider Order of Dismissal to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

WYLLESHA CURRY
3754 RED ROSE CT
LOGANVILLE, GA 30052

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Reconsider Order of Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

THE BALLARD LAW GROUP


This the 2nd day of March, 2023.

/s/_____

Julie M. Anania,
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201
janania@njwtrustee.com