| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Wyllesha Chez Curry** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Georgia, Atlanta Division |
| Case number (if known) | **22-55595** |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☒ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☒ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.
   ☒ **Not married**. Fill out Column A, lines 2-11.
   ☐ **Married**. Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ **3,961.54** | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ **0.00** | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ **0.00** | $ _____ |

5. **Net income from operating a business, profession, or farm**
   Debtor 1
   | | | |
   |---|---|---|
   | Gross receipts (before all deductions) | $ **0.00** | |
   | Ordinary and necessary operating expenses | -$ **0.00** | |
   | Net monthly income from a business, profession, or farm $ **0.00** Copy here -> | $ **0.00** | $ _____ |

6. **Net income from rental and other real property**
   Debtor 1
   | | | |
   |---|---|---|
   | Gross receipts (before all deductions) | $ **0.00** | |
   | Ordinary and necessary operating expenses | -$ **0.00** | |
   | Net monthly income from rental or other real property $ **0.00** Copy here -> | $ **0.00** | $ _____ |

Debtor 1    __Wyllesha Chez Curry_____    Case number (*if known*)    __22-55595_____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

7. **Interest, dividends, and royalties**    $ ____0.00    $ _____

8. **Unemployment compensation**    $ ____0.00    $ _____

    Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

    For you ................................................................$    ____0.00

    For your spouse......................................................$    _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ ____0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

    _____    $ ____0.00    $ _____

    _____    $ ____0.00    $ _____

    Total amounts from separate pages, if any.    + $ ____0.00    $ _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $ __3,961.54__    + $ _____    = $ __3,961.54__

                                                                                  Total average<br>monthly income

**Part 2:**    Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11. ...........................................................................    $ __3,961.54__

13. **Calculate the marital adjustment.** Check one:

    ☒ You are not married. Fill in 0 below.

    ☐ You are married and your spouse is filing with you. Fill in 0 below.

    ☐ You are married and your spouse is not filing with you.

        Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

        Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

        If this adjustment does not apply, enter 0 below.

    _____    $ _____

    _____    $ _____

    _____    + $ _____

    Total..........................................................................    $ ____0.00    Copy here=>    - ____0.00

14. **Your current monthly income.** Subtract line 13 from line 12.    $ __3,961.54__

15. **Calculate your current monthly income for the year.** Follow these steps:

    15a. Copy line 14 here=> ...........................................................................................................    $ __3,961.54__

Official Form 122C-1     **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**     **page 2**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Wyllesha Chez Curry** | Case number (*if known*) | **22-55595** |
|---|---|---|---|

| | | |
|---|---|---|
| | Multiply line 15a by 12 (the number of months in a year). | **x 12** |
| 15b. | The result is your current monthly income for the year for this part of the form. ......................................... | $ **47,538.48** |

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **GA**

16b. Fill in the number of people in your household. **3**

16c. Fill in the median family income for your state and size of household. ...................................................... $ **79,980.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ☒ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

18. **Copy your total average monthly income from line 11** . ....................................................................... $ **3,961.54**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. -$ **0.00**

19b. **Subtract line 19a from line 18.** $ **3,961.54**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b............................................................................................................................... $ **3,961.54**

Multiply by 12 (the number of months in a year). **x 12**

20b. The result is your current monthly income for the year for this part of the form $ **47,538.48**

20c. Copy the median family income for your state and size of household from line 16c........................................ $ **79,980.00**

21. **How do the lines compare?**

☒ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X /s/ Wyllesha C. Curry**

**Wyllesha Chez Curry**
Signature of Debtor 1

Date **June 22, 2023**
MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am over the age of 18, and that I served a copy of the foregoing Chapter 13 "Official Form 122C-1" by placing the same in the United States Mail with sufficient postage affixed to ensure delivery, addressed as indicated and to include the attached creditor matrix:

Wyllesha Curry
3754 Red Rose Court
Loganville, GA 30052
Via US Mail

United States Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303
Via US Mail

Chapter 13 Trustee
Nancy J. Whaley
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
Via US Mail


All Attached as shown on Creditor Matrix


Dated: June 22, 2023                          /s/ Cha'Ron Ballard
                                              Cha'ron Ballard
                                              GA Bar #251011
                                              The Ballard Law Group, P.C.
                                              Attorney for the Debtor
                                              3664 Club Drive, Suite 203A
                                              Lawrenceville, GA 30044
                                              404-220-9906 Phone
                                              404-220-9907 Fax
                                              theballardlawgroup@gmail.com

```
abel Matrix for local noticing       2018-6 IH Borrower, LP               ADS/Comenity/Ulta
13E-1                                 2170 Satellite Blvd                  Columbus OH 43218
ase 22-55595-jwc                      Suite 375
orthern District of Georgia          Duluth, GA 30097-4983
tlanta
hu Jun 22 14:51:43 EDT 2023

DS/Comenity/Victoria                  Julie M. Anania                      Cha'Ron A. Ballard
olumbus OH 43218                      Nancy J. Whaley                      The Ballard Law Group, P.C.
                                      Standing Chapter 13 Trustee          Suite 203 A
                                      Suite 120                            3664 Club Drive
                                      303 Peachtree Center Avenue          Lawrenceville, GA 30044-2995
                                      Atlanta, GA 30303-1286

ank of America                       Bank of America                      Bank of America, N.A.
O Box 982238                          c/o Hayt Hayt & Landau PL            PO Box 673033
l Paso TX 79998-2238                  8425 Dunwoody Place, Suite 1         Dallas, TX 75267-3033
                                      Atlanta GA 30350-3367

p)NEW AMERICAN FUNDING               John G. Brookhuis                    Bryant University
TTN BANKRUPTCY DEPARTMENT             O'Kelley, Sorohan & Arroyo           Williams & Fudge, Inc.
O BOX 170581                          4228 First Ave, Ste. 10              PO Box 11590
USTIN TX 78717-0031                   Tucker, GA 30084-4426                Rock Hill, SC 29731-1590

apital One                           Capital One N.A.                     Julian T. Cotton
O Box 31293                           by American InfoSource as agent      Padgett Law Group
alt Lake City UT 84131-0293           4515 N Santa Fe Ave                  Ste 1060
                                      Oklahoma City, OK 73118-7901         3490 Piedmont Road NE
                                                                           Atlanta, GA 30305-4813

yllesha Curry                        Department of Education/Nelnet       Janica Drayton
754 Red Rose Ct                       PO Box 82561                         Padgett Law Group
oganville, GA 30052-2703              Lincoln NE 68501-2561                3490 Piedmont Road, Suite 1060
                                                                           Atlanta, GA 30305-4813

idland Credit Management             Midland Credit Management, Inc.      NextGear Capital, Inc.
20 E Big Beaver RD STE 300            PO Box 2037                          11799 North College Avenue
roy, MI 48083-1271                    Warren, MI 48090-2037                Carmel, IN 46032-5605

uantum3 Group LLC as agent for       SYNCB/ Lowes                        Sallie Mae Inc.
redit Corp Solutions Inc              Po Box 965005                        PO Box 3229
O Box 788                             Orlando FL 32896-5005                Wilmington DE 19804-0229
irkland, WA  98083-0788

S Department of Education c/o Nelnet  United States Attorney              Wells Fargo Auto
21 South 13th Street                  Northern District of Georgia         PO Box 71095
incoln, NE 68508-1904                 75 Ted Turner Drive SW, Suite 600    Charlotte NC 28272-1095
                                      Atlanta GA 30303-3309

ancy J. Whaley
ancy J. Whaley, Standing Ch. 13 Trustee
uite 120, Truist Plaza Garden Offices
03 Peachtree Center Avenue
tlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Broker Solutions Inc. dba New American Fundi        (d)New American Funding
11001 Lakeline Blvd. No. 325                        11001 Lakeline Blvd.
Austin, TX 78717                                    Austin, TX 78717-5997
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Broker Solutions Inc. dba New American Fun    (u)IC Systems Inc              (u)Medical Diagnostic Labs LLC
```

```
End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30
```